UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No. 3:97CR51/LAC |
| ) | |
| SHERYL ANN LONERGAN ) | |

## ORDER OF COMMITMENT

Defendant, Sheryl Ann Lonergan, was tried by the Court on December 4, 1997, for threatening to kill President Bill Clinton, and was found not guilty only by reason of insanity at the time of the offense.  Subsequent to receiving a forensic evaluation dated December 15, 1997 from the Federal Medical Center, Carswell, Texas, a conditional release hearing was held December 23, 1997. At that hearing the Court ordered the defendant be released and discharged from the custody of the Bureau of Prisons to an unspecified term of conditional release supervision under the provisions of 18 U.S.C. § 4243(f). On June 1, 2000, a violation of conditional release hearing was held to determine whether the defendant's conditional release should be revoked. The Court found the defendant had violated the terms of conditional release as cited in the violation petition for (1) Battery, Domestic Violence, on or about November 23, 1999 in Okaloosa County, Florida and (2) Aggravated Battery on or about April 17, 2000, in Santa Rosa County, Florida. Accordingly, pursuant to 18 U.S.C. § 4243(g), the defendant's conditional release was hereby revoked on June 1, 2000. She was ordered committed to the custody of the Bureau of Prisons for placement in a suitable facility for treatment of her mental problems, preferably the Federal Medical Center, Carswell, Texas, where she had previously received treatment.

On May 12, 2003, upon receiving recommendation from the Federal Medical Center, Carswell, Texas, that she be conditionally released to the community under the provisions of 18 U.S.C. § 4243(f), the Court so ordered her release. Lonergan was released on June 3, 2003 and her reimposed conditional release supervision under the provisions 18 U.S.C. § 4243(f) commenced.

On August 1, 2006, a violation of conditional release hearing was held to determine whether the defendant's conditional release should be revoked. The government was represented by Assistant U.S. Attorney Ed Knight. The defendant was represented by Assistant Federal Public Defender Thomas Keith.  The defendant admitted and the Court found the defendant had violated four conditions of conditional release as cited in amended violation petition as follows: (1) failed to take psychiatric medications as prescribed (eight occasions during June 2006); (2) use of cocaine on or about June 12, 2006; (3) use of cocaine, amphetamine, and methamphetamine, on or about June 20, 2006; and (4) use of cocaine and marijuana on or about July 10, 2006.

The defendant is suffering from a schizoaffective disorder, bipolar type, with psychotic episodes, and may further suffer from a personality disorder. She also has a recent problem with illegal drug use. She would need continued care and treatment. Community safety requires that her conditional release be terminated. Accordingly, pursuant to 18 U.S.C. § 4243(g), the defendant's conditional release is hereby revoked. Defendant Lonergan is committed to the custody of the Bureau of Prisons for placement in a suitable facility for treatment of her mental problems, preferably the Federal Medical Center, Carswell, Texas, where she has previously received treatment.

ORDERED THIS 15th day of August, 2006.

*s/L.A. Collier*
Honorable Lacey A. Collier
Senior U.S. District Judge