UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS  CASE NO. 3:97cr51 LAC

SHERYL ANN LONERGAN

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   July 22, 2009
Motion/Pleadings:  MOTION FOR HEARING TO DETERMINE WHETHER THE DEFENDANT'S CONDITIONAL RELEASE CAN BE TERMINATED OR MODIFIED
Filed by DEFT   on 7/22/09   Doc.# 82

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
x   Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy

LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of August, 2009, that:*
*(a) The relief requested is **DENIED**. MOOT.*
*(b) Conditional release terminated.*

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.