# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                    Case No. 3:97cr51/LAC

SHERYL ANN LONERGAN
_____/

## AMENDED ORDER TERMINATING CONDITIONAL RELEASE

On December 23, 1997, Sheryl Ann Lonergan was sentenced to a period of conditional release by this Court. On July 22, 2009, a motion to determine whether Ms. Lonergan's conditional release could be terminated or modified was filed by defense counsel, Assistant Federal Public Defender Thomas Keith. In consideration of this motion, the Court reviewed the recommendation of the United States Probation Office with input from the United States Attorney's Office. Accordingly, it has been determined that Sheryl Ann Lonergan has complied with the rules and regulations of conditional release and is no longer in need of supervision. Therefore, it is ordered that she be discharged from conditional release.

DONE AND ORDERED this 20th day of August, 2009.

                                                    s/*L.A. Collier*
                                                    **LACEY A. COLLIER**
                                                    **SENIOR U.S. DISTRICT JUDGE**